**MILES L. KAVALLER,**     JS-6
A PROFESSIONAL LAW CORPORATION
Miles L. Kavaller, Esq. - State Bar No. 73950
15915 Ventura Blvd, Penthouse One
Encino, CA 91436-2742
Telephone: (818) 728–4821
Facsimile: (818) 474-7180
E-Mail: mkavaler1@earthlink.net

Attorney for Plaintiff
**CITY FASHION EXPRESS, INC.**

## UNITED STATES DISTRICT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CITY FASHION EXPRESS, INC., a California corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>BIG M, INC., a New Jersey corporation; and NCD PACKAGE EXPRESS, INC., a New Jersey corporation,<br><br>           Defendants. | Case No. CV 09-7688 JHN (PLAx)<br><br>JUDGMENT |

    Plaintiff City Fashion Express, Inc. and Defendans NCD Package Express, Inc. . having stipulated to the entry of judgment, and good cause appearing therefor;

///

///

///

///

///

1

JUDGMENT

1      IT IS ORDERED ADJUDGED AND DECREED that Plaintiff City Fashion
2 Express, Inc. shall have judgment against Defendants NCD Package Express, Inc, in the
3 sum of $176,598.42 together with interest at 5%, each party to bear its own costs and
4 attorney's fees.
5 Let judgment be entered accordingly.

7 Dated: February 2, 2010

_____
Jacqueline H. Nguyen
U.S. DISTRICT JUDGE

2
JUDGMENT